## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **INDICTMENT** |
| | CRIMINAL NO. 26-37 (MAJ) |
| v. | VIOLATIONS:<br>8 U.S.C. § 1324(a)(2)(B)(ii);<br>18 U.S.C. § 2;<br>18 U.S.C. § 371;<br>8 U.S.C. §§ 1324(a)(1)(A)(ii);<br>8 U.S.C. § 1327<br>(FOUR COUNTS) |
| **GREGORY VEGA-DE JESÚS**<br>Defendant | |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Bringing In Illegal Aliens for Financial Gain;
### Aiding and Abetting
### (Title 8, *United States Code*, Section 1324(a)(2)(B)(ii))

On or around July 20, 2026, in the District of Puerto Rico, elsewhere, and within the jurisdiction of this Court, the defendant,

### GREGORY VEGA-DE JESÚS,

aiding and abetting other persons unknown to the Grand Jury, did knowingly and intentionally bring to the United States illegal aliens for the purpose of commercial advantage and private financial gain, namely V.P.P., M.P.C., A.C.R., Edwin A. Díaz-Cordero, and others, knowing and in reckless disregard of the fact that such aliens had not received prior official authorization to come to, enter, and reside in the United States, regardless of any official action which may later be taken with respect to such aliens. All in violation of 8 U.S.C. § 1324(a)(2)(B)(ii); 18 U.S.C. § 2.

## COUNT TWO
**Conspiracy to Bring in Illegal Aliens for Financial Gain**
**(Title 8, *United States Code*, Section 1324(a)(2)(B)(ii))**

Beginning on a date unknown, but not later than in or around July 20, 2026, in the District of Puerto Rico, elsewhere, and within the jurisdiction of this Court, the defendant,

**GREGORY VEGA-DE JESÚS,**

did knowingly and intentionally combine, conspire, confederate and agree with persons unknown to the Grand Jury, to bring to the United States illegal aliens for the purpose of commercial advantage and private financial gain, namely V.P.P., M.P.C., A.C.R., Edwin A. Díaz-Cordero, and others, knowing and in reckless disregard of the fact that such aliens had not received prior official authorization to come to, enter, and reside in the United States, regardless of any official action which may later be taken with respect to such aliens. All in violation of 8 U.S.C. § 1324(a)(2)(B)(ii); 18 U.S.C. § 371.

## COUNT THREE
**Transportation of Illegal Aliens**
**(Title 8, *United States Code*, Section 1324(a)(1)(A)(ii))**

On or around July 20, 2026, in the District of Puerto Rico, elsewhere, and within the jurisdiction of this Court, the defendant,

**GREGORY VEGA-DE JESÚS,**

knowingly or in reckless disregard of the fact that certain aliens, namely V.P.P., M.P.C., A.C.R., Edwin A. Díaz-Cordero, and others had come to, entered, or remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain. All in violation of 8 U.S.C. § 1324(a)(1)(A)(ii).

## COUNT FOUR
### Aiding or Assisting Entry of an Aggravated Felon
**(Title 8, *United States Code*, Section 1327)**

On or about July 20, 2026, in the District of Puerto Rico, elsewhere, and within the jurisdiction of this Court, the defendant,

**GREGORY ~~VERGA~~ VEGA-DE JESÚS,**

did knowingly aid and assist an alien, Edwin A. Díaz-Cordero, whom the defendant knew to be inadmissible, to enter the United States, said alien being inadmissible under Title 8, United States Code, Section 1182(a)(2), as an alien who had been convicted of an aggravated felony. All in violation of 8 U.S.C. § 1327.

HÉCTOR E. RAMÍREZ-CARBÓ
Acting United States Attorney

_____
Jenifer Y. Hernández-Vega
Assistant United States Attorney
Chief, Child Exploitation, Immigration Unit

_____
Steven Liong-Rodríguez
Special Assistant United States Attorney

TRUE BILL

_____
Foreperson
Dated: ____7/30/2026____

3